UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPORTBOX LLC, and<br>WILLIAM V. FRABIZIO III<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC-SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>Defendants. | CIVIL ACTION No. 04-12588 DPW |
| ELECTRIC SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>Plaintiffs in Counterclaim,<br><br>v.<br><br>SPORTBOX LLC, and<br>WILLIAM V. FRABIZIO III<br><br>Defendants in Counterclaim. | CIVIL ACTION No. 04-12588 DPW |

**ELECTRIC SPORTS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant and Counterclaim Plaintiff, Electric Sports, Inc. ("ESi"), files this corporate disclosure statement. ESi states that it has no parent

corporation and that no publicly held company owns 10% or more of its stock.

ELECTRIC SPORTS, INC.,

/s/ Gabriel M. Helmer
Michele A. Whitham  (BBO No. 553705)
Gabriel M. Helmer (BBO No. 652640)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA  02210
(617) 832-1000

ATTORNEYS FOR PLAINTIFFS

Dated: January 14, 2005

- 2 -