AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

SPORTBOX LLC, and
WILLIAM V. FRABIZIO III

        V.

ELECTRIC-SPORTS, INC.,
JOHN E. CONWAY and MARK BORTMAN

ELECTRIC SPORTS, INC.,
JOHN E. CONWAY and MARK BORTMAN

        V.

SPORTBOX LLC, WILLIAM V. FRABIZIO III,
and ANNA MARIANI FRABIZIO

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO:  (Name and address of Counterclaim Defendant)

YOU ARE HEREBY SUMMONED and required to serve on COUNTERCLAIM PLAINTIFF'S ATTORNEY (name and address)

a response to the counterclaims which are served on you with this summons, within  **twenty (20)**  days after service of this summons on you, exclusive of the day of service.  If  you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                         DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                       Date                                *Signature of Server*

                                          _____
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.