UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31 A 11: 33

U.S. DISTRICT COURT
MASS.

SPORTBOX, LLC. and
WILLIAM V. FRABIZIO III,

    Plaintiffs,

v.

ELECTRIC-SPORTS, INC.,
JOHN CONWAY, and MARK BORTMAN,

    defendants.

CIVIL ACTION NO. 04-CV-12588 DPW

MOTION TO EXTEND THE TIME FOR
PLAINTIFFS TO FIND COUNSEL

## MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FIND COUNSEL

Plaintiffs, SPORTBOX, LLC. and WILLIAM V. FRABIZIO III, (collectively, "Plaintiffs") hereby submit this motion to extend the time for Plaintiffs to find and engage appropriate legal counsel. The requested extension is for approximately four (4) weeks, from January 28, 2005 to February 28, 2005.

In support of their motion, Plaintiffs state that new incriminating information/evidence concerning the defendants' to support the Complaint will be available in approximately two (2) to four (4) weeks, of which Plaintiffs would like to review and then present to any new counsel and incorporate with multiple exhibits of fact.

Respectfully submitted this Friday, January 28, 2005.

Sportbox, LLC.

_/s/ William V. Frabizio III_
William V. Frabizio III
Sportbox, LLC.
107 Bridge Street
Newton, MA 02458
(617) 916-1862

- 2 -

## Certificate of Service

The undersigned hereby certifies that on January 28, 2005 I caused a true copy of the foregoing Plaintiffs' MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FIND COUNSEL to be served by Federal Express (Tracking Number 790470422233) on counsel for all parties so represented:

Michele A. Whitham
Gabriel M. Helmer
Foley Hoag, LLP
Seaport World Trade Center
155 Seaport Blvd.

_____
William V. Frabizio III
Sportbox, LLC.
107 Bridge Street
Newton, MA 02458
T: 617-916-1862
F: 617.812.0473