**DOCUMENT STRICKEN FROM THE RECORDS**

**SEE CLERK'S NOTE OF 3/24/05**