UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPORTBOX LLC, and<br>WILLIAM V. FRABIZIO III<br><br>      Plaintiffs,<br><br>v.<br><br>ELECTRIC-SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>      Defendants. | CIVIL ACTION No. 04-12588 DPW |
| ELECTRIC SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>      Plaintiffs in Counterclaim,<br><br>v.<br><br>SPORTBOX LLC, and<br>WILLIAM V. FRABIZIO III,<br><br>      Defendants in Counterclaim. | |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendants Electric Sports, Inc., John E. Conway and Mark Bortman (collectively, "Defendants") hereby submit the following certification, pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts:

> The undersigned counsel, Mark Bortman and John E. Conway who are the authorized representatives of Electric Sports, Inc., hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ELECTRIC SPORTS, INC.,
MARK BORTMAN and JOHN E. CONWAY,

_/s/ Gabriel M. Helmer_
Michele A. Whitham (BBO #553705)
Gabriel M. Helmer (BBO #652640)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

Dated: March 18, 2005

ATTORNEYS FOR DEFENDANTS

ELECTRIC SPORTS, INC.,
MARK BORTMAN and JOHN E. CONWAY,

_/s/ John E. Conway_
JOHN E. CONWAY,
AUTHORIZED REPRESENTATIVE OF ELECTRIC SPORTS

_/s/ Mark Bortman_
MARK BORTMAN,
AUTHORIZED REPRESENTATIVE OF ELECTRIC SPORTS

Dated: March 18, 2005