UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SPORTBOX LLC, and
WILLIAM V. FRABIZIO III

      Plaintiffs,

v.

ELECTRIC-SPORTS, INC.,
JOHN E. CONWAY, and MARK BORTMAN

      Defendants.

ELECTRIC SPORTS, INC.,
JOHN E. CONWAY, and MARK BORTMAN

      Plaintiffs in Counterclaim,

v.

SPORTBOX LLC, and
WILLIAM V. FRABIZIO III,

      Defendants in Counterclaim.

CIVIL ACTION No. 04-12588 DPW

## AFFIDAVIT OF MICHELE A. WHITHAM, ESQUIRE
## FILED IN OPPOSITION TO
## EMERGENCY MOTION TO EXCUSE FOLEY HOAG AS DEFENDANTS' COUNSEL

I, Michele A. Whitham, hereby depose and state as follows:

1.      I am a partner of the law firm of Foley Hoag LLP, 155 Seaport Boulevard,

Boston, Massachusetts 02210 and have been retained as litigation counsel on behalf of the

defendants/plaintiffs in counterclaim in this matter.

2.      I have been admitted to practice in the United States Circuit Courts for the

First and Fourth Circuits, the United States District Court for the District of Massachusetts, and

the Courts of the Commonwealth of Massachusetts, and have also appeared *pro hac vice* in the

federal and/or state courts of New Hampshire, New York, Maryland, Virginia, Florida, Ohio, Michigan, Missouri and California. I am in good standing and eligible to practice in all courts to which I have been admitted and have never had any disciplinary matters involving me pending in any jurisdiction.

3.      On or about October 16, 2002, I was retained by defendant Mark Bortman to serve as his personal attorney in severance negotiations with a former employer. I represented Mr. Bortman from October 16, 2002 through April 11, 2003, when the matter was concluded. I had no further contact with Mr. Bortman following the conclusion of that representation until the events referenced in Plaintiff's Emergency Motion to Excuse Foley Hoag As Defendants Counsel (the "Emergency Motion") and addressed in my affidavit below.

4.      On July 8, 2004, I received a telephone call from Mr. Bortman. Mr. Bortman informed me that he was at that time working for a company named Sportbox LLC. Before this time, I had never heard of or had contact with Sportbox LLC. Mr. Bortman described Sportbox to me only as an exclusive licensee of Major League Baseball ("MLB") for the sale at MLB events of MLB-branded radios that permit attendees to hear play-by-play commentary while watching games. Mr. Bortman also said that Sportbox was considering engaging new counsel to provide certain specialized legal services to the company, in particular licensing, intellectual property litigation and private equity financing services. He concluded the conversation by asking me if Foley Hoag would agree to being interviewed for this role. I thanked Mr. Bortman for the opportunity and informed him that I would work to assemble a team of appropriate attorneys for he and his colleagues at Sportbox to meet and consider. We concluded the conversation by agreeing to find a time to meet once I had provided information regarding such a team. Attached at <u>Exhibit A</u> is a true and correct copy of an email from me to Mr. Bortman at

Sportbox referencing the July 8th conversation and confirming the next steps I was to take to move the discussion forward. Also attached at Exhibit B is a printout of the description of Sportbox's business publicly posted on its website (*www.sportbox.com*) through and including March 2005. My July 8th conversation with Mr. Bortman was brief, lasting no more than a few minutes.

6.      Also on July 8th, I promptly undertook a conflicts check to determine whether Foley Hoag was able to represent Sportbox LLC. Clearing conflicts, I reviewed the backgrounds and experience of lawyers of Foley Hoag with experience relevant to the legal services Mr. Bortman had inquired about, and identified a team to propose to the company.

7.      On the morning of July 9, 2004, I received a brief email from Mr. Bortman thanking me for speaking with him the day before and stating, "We look forward to meeting with you and your team." A true and correct copy of this email is attached at Exhibit C. I responded to this communication from Mr. Bortman by informing him that I had composed a team and proposing dates for the requested meeting. A true and correct copy of my responsive email is attached at Exhibit D.

8.      Late on the morning also of July 9, 2004, having secured current copies of the resumes of the members of the proposed team, I emailed those materials to Mr. Bortman for distribution to his colleagues with a brief cover note. A true and correct copy of this email with all attachments is attached as Exhibit E. Mr. Bortman responded approximately two hours later asking if we could speak to "lock a time down for next week." A true and correct copy of this email with all attachments is attached as Exhibit F. I answered by email, informing him that my schedule required us to look at the week following the one he had proposed. A true and correct copy of this email with all attachments is attached as Exhibit G.

9.     I did not hear from Mr. Bortman again until three days later, on July 12, 2004, when Mr. Bortman and I resumed our efforts to schedule a meeting via email. After a series of exchanges, we left it that the meeting would be put off until sometime in August given the press of business for all concerned. Attached at Exhibit H are true and correct copies of all of the emails that constitute this exchange.

10.     The emails attached at Exhibits A and C through H, together with my initial, brief telephone conversation with Mr. Bortman, constitute the entirety of my communications -- and the communications of this firm -- with Mr. Bortman, on behalf of Sportbox LLC and Mr. Bortman's "colleagues" at the company, which Mr. Frabizio well knows as all of the emails referenced above reside on Sportbox's email server. At no time during my July 8th conversation with Mr. Bortman or thereafter did Mr. Bortman communicate to me any confidential, proprietary or trade secret information belonging to Sportbox or Mr. Frabizio, nor did I ever request any such information. At no time during the conversation or thereafter did Mr. Bortman provide, as Mr. Frabizio has alleged in the Emergency Motion, "business information even Business Plans and Financial information . . . electronically and verbally" or "intricate knowledge of Plaintiffs' business, infrastructure and personal information about Plaintiffs' [sic]," nor did I ever ask for any such information. At no time did Foley Hoag ever accept any assignment from, conduct any work for, bill any time to or collect any fees for services rendered from Sportbox or Frabizio.

11.     More particularly, at no time relevant to the allegations set forth in the Emergency Motion -- including in any of my communications with Mr. Bortman -- did I even hear or see the name "Image Innovations," let alone accept an engagement on behalf of Sportbox or Mr. Frabizio "concerning a potential partnership between Sportbox and Image Innovations," as Mr.

- 4 -

Frabizio now claims in the Emergency Motion. Nor did I have any knowledge of any taping of a telephone conversation that allegedly took place with Image Innovations. To be absolutely clear, neither I nor any member of this firm has ever been a party, as Mr. Frabizio alleges without benefit of any factual support whatsoever, "to certain illegal activities, specifically wiretapping . . . ."

12.    Following the July 12th exchange, I had no further communications with Mr. Bortman until August 13, 2004, when he asked via email to schedule time to speak with me the following week. Also via email, we set a time to speak on August 16, 2004, at which time I learned that Mr. Bortman was resigning his employment from Sportbox and that no meeting would be scheduled to interview Foley Hoag to represent that company.

13.    On or about August 17, 2004, following Mr. Bortman's resignation from Sportbox, Mr. Bortman retained Foley Hoag to represent him in negotiating his separation from Sportbox. Also, on or about August 25, 2004, Electric Sports, a new company being formed by Mr. Bortman and Mr. Conway, retained Foley Hoag to represent that company. At no time prior to its acceptance of the Electric Sports representation had anyone from Foley Hoag ever met or communicated with Frabizio or Sportbox.

14.    Mr. Frabizio also submits in support of the Emergency Motion an e-mail header that he alleges identifies an email dated September 13, 2004, in which "Foley clearly agreed . . . that the defendants' legal actions and claims were to put the Plaintiffs' out of business . . . ." The email that was delivered to Sportbox was a privileged communication directed by me to Mr. Conway and Mr. Bortman, in their capacities as agents of Electric Sports and pursuant to a joint defense agreement. Due, however, to an electronic communication "glitch" apparently caused by the operation of Foley Hoag's email system, rather than delivering the email directed to Mr.

- 5 -

Bortman to his personal email address as intended, the email system apparently picked up from its archives Mr. Bortman's former email address at Sportbox and misdelivered the email to that address.

15.     In oral and written communications with counsel for Sportbox dating from early September, 2004, I had informed Sportbox that it was continuing to maintain unchanged Mr. Bortman's email -- and voicemail -- accounts at Sportbox, thereby erroneously communicating to the world at large that Mr. Bortman was still an employee of Sportbox.  In those communications, I had requested that Sportbox immediately desist from this practice.

16.     By email dated September 15, 2005, counsel for Sportbox informed me about the misdelivered email, acknowledging in his email that the delivery to Sportbox was "erroneous[]." A true and correct copy of this email is attached at Exhibit I.

17.     Thereafter, in response to a request from me, counsel for Sportbox agreed, in a long letter dated October 5, 2004 addressing largely unrelated subjects,  to delete all copies of the email from Sportbox's and counsel's systems, stating in relevant part, " . . . out of continuing

professional courtesy we have deleted all instances of the email in question on our system and I

have a confirmation from my client that they have done the same."


SWORN TO AND SIGNED UNDER THE PAIN AND PENALTIES OF PERJURY

THIS 18th DAY OF MARCH, 2005.

Michele A. Whitham, Esquire

**EXHIBIT A**

**Whitham, Michele**

| | |
|---|---|
| **From:** | Whitham, Michele |
| **Sent:** | Thursday, July 08, 2004 6:25 PM |
| **To:** | 'markb@sportbox.com' |
| **Subject:** | Thanks for the call |

So nice to hear from you, Mark.  I'm assembling a team to meet with you; trying for as early as next week.  In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

*********************************************************************************
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

**EXHIBIT B**



Sportbox enhances the audience's experience at the venues by selling the AM / FM radios, the smallest currently in production, to the fans allowing them the luxury of hearing the play-by-play and commentary, as if they were watching it on television, but with the excitement of actually being at the event.

Sportbox, LLC is securing a major portion of the end-user, wireless broadcast market in sports and entertainment venues. The initial offering places a small, branded broadcast radio receiver into the hands of thousands fans for use before, during and after the event. During one venue alone, MLB's Allstar Game, tens of thousands of units were sold.

Copyright 2004 all rights reserved

Terms & Conditions | Privacy Policy | Contact Us



WORKING WITH ALL SPORTS TO BRING MORE INFORMATION AND ENJOYMENT TO THE FANS

# Sportbox
### THE ULTIMATE FAN RADIO

OFFICIAL & EXCLUSIVE LICENSE OF MAJOR LEAGUE BASEBALL

AMERICAN LEAGUE    NATIONAL LEAGUE

## ABOUT SPORTBOX

### SIMPLICITY EQUALS SUCCESS

- Sportbox enhances the experience at venues with our simply perfect radios; Sportbox allows people the luxury of hearing play-by-play and commentary as if they were watching the game on television.

- Sportbox has secured the major portion of the end-user, wireless broadcast market in sports and entertainment venues.

- Sportbox reaches the hundreds-of-millions fans for use before, during, and after the event. Our product reaches over one-quarter (1/4) of the world's total attendance to all sporting events. As an Exclusive Licensee of MLB, Sportbox has full access to more than 107 million fans in attendance at the games. At only one venue, MLB's All-star Game, thousands of Sportbox units sold-out and we have yet to receive a complaint.

- Your favorite team along with: a great radio, as a piece of memorabilia, and a great chance to win fantastic prizes. All of the about from the Exclusive Licensee of Major League Baseball, so you know that it is authentic and it is only $9.99.

Sportbox affiliates have permission to print and display Major League Baseball signs and posters.
(restrictions apply)



SPORTBOX HOME

ABOUT SPORTBOX
find out more about us

TECHNOLOGY
how does it work

NEWS & PRESS RELEASES
where's happening at Sportbox

SPONSOR LICENSING
branding and advertising
on a Sportbox

ADDITIONAL INFORMATION
let us contact you

CHECK OUT
## Sportbox
### PARTNERS







Sportbox leverages our Exclusive MLB License to brand radios in preexisting and well established radio markets. Sportbox uses radio technology to deliver the play-by-play and commentary to fans at, around, or near the event's broadcast. The Sportbox radio is also a fantastic FM auto-scan that functions anywhere, at any time.

Both unit and package provide ample space for graphics and copy.

Customize the promotions on all Sportbox radios

NY Yankees Radio

NY Mets Radio

Terms & Conditions | Privacy Policy | Contact Us

Copyright 2004 all rights reserved

**EXHIBIT C**

**Whitham, Michele**

| | |
|---|---|
| **From:** | Mark R. Bortman [markb@sportbox.com] |
| **Sent:** | Friday, July 09, 2004 8:57 AM |
| **To:** | Whitham, Michele |
| **Subject:** | RE: Thanks for the call |

Michele,

Thank you for the call yesterday. We look forward to meeting with you and your team.


Thank You,


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

*********************************************************************************
****************************************************************************

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

*********************************************************************************
****************************************************************************


―――――

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Thursday, July 08, 2004 6:25 PM
To: markb@sportbox.com
Subject: Thanks for the call


So nice to hear from you, Mark.  I'm assembling a team to meet with you; trying for as early as next week.  In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

************************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

**EXHIBIT D**

## Whitham, Michele

| | |
|---|---|
| **From:** | Whitham, Michele |
| **Sent:** | Friday, July 09, 2004 9:06 AM |
| **To:** | 'markb@sportbox.com' |
| **Subject:** | RE: Thanks for the call |

Hi, Mark. I've composed a team and have been polling them for availability. What do the afternoons of the 19th and 21st look like for you all? Is that soon enough for you (next week is looking jammed already)?

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

**************************************************************************
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Friday, July 09, 2004 8:57 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

Thank you for the call yesterday. We look forward to meeting with you and your team.

Thank You,

Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.    If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.    Thank you.

Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Thursday, July 08, 2004 6:25 PM
To: markb@sportbox.com
Subject: Thanks for the call

So nice to hear from you, Mark.    I'm assembling a team to meet with you; trying for as early as next week.    In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA    02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

**EXHIBIT E**

## Whitham, Michele

**From:**        Whitham, Michele
**Sent:**         Friday, July 09, 2004 11:51 AM
**To:**          'markb@sportbox.com'
**Subject:**     Foley Hoag Team


Attached find resumes for the team I am organizing to meet with you and your colleagues at
Sportbox.

Regards,

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1239 telephone
(617) 832-7000 facsimile
mwhitham@foleyhoag.com

 <<Michele Whitham Resume.pdf>>  <<Jeffrey Quillen Resume.pdf>>  <<David Broadwin
Resume.pdf>>  <<Michael Boudett Resume.pdf>>  <<Eric Damon Resume.pdf>>


Attachments:
        Michele Whitham Resume.pdf (116667 Bytes)
        Jeffrey Quillen Resume.pdf (98493 Bytes)
        David Broadwin Resume.pdf (104482 Bytes)
        Michael Boudett Resume.pdf (111202 Bytes)
        Eric Damon Resume.pdf (103951 Bytes)


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

---

**MICHELE A. WHITHAM**

**FOLEY HOAG LLP**

**CO-MANAGING PARTNER**
**PARTNER --LABOR AND EMPLOYMENT LAW AND LITIGATION DEPARTMENTS**
**155 SEAPORT BOULEVARD**
**BOSTON, MA  02210-2600**
**PHONE: 617.832.1239**
**FAX: 617.832.7000**
**E-MAIL: MWHITHAM@FOLEYHOAG.COM**

**AREAS OF CONCENTRATION**
- Employment Law and Litigation
    - Representing employers in administrative, court and ADR proceedings
    - Conducting internal employment audits and investigations
    - Negotiating employment and severance agreements
    - Advising on employment policies, practices and procedures
    - Guiding layoffs and restructurings

**EXPERIENCE**
- Co-Managing Partner of Foley Hoag LLP
- Represents employers in every aspect of the employment relationship, including acting as lead trial counsel in administrative and court proceedings, acting as lead negotiator in direct and facilitated dispute resolution sessions; auditing employment policies, practices and procedures; negotiating employment offers, intellectual property agreements, employment contracts and severance agreements; advising on reductions in force and restructurings; and conducting internal investigations of alleged employee misconduct
- Particular expertise in defending EEO claims, enforcing non-competition and non-solicitation agreements, litigating executive claims to equity and other forms of compensation, and protecting employers from employee abuse of computer systems and electronic theft of intellectual property
- Practices in Massachusetts, New England and nationally (having recently litigated cases and advised on matters in, for example, Massachusetts, California, Colorado, Florida, Georgia, Ohio, Illinois, Maryland, Michigan, Missouri, New Jersey, New Hampshire, North Carolina, Texas, and Virginia); also advises internationally (having recently been involved in Canada, China, France, Germany, Sweden, the Netherlands, and the United Kingdom)
- Represents major employers, including, for example, Intel-Massachusetts, CGI-USA, and Polaroid Corporation
- Has over fifteen years of ADR experience (including serving as mediator in a variety of multi-party disputes and specializing in designing corporate dispute resolution mechanisms)

**EDUCATION**

Cornell Law School, J.D., Order of
the Coif, 1988
Cornell University, M.S., Human
Development, 1987; M.A.T.,
Education, 1971
Cornell University, B.A., Phi Beta
Kappa, College Scholar, *cum
laude*, 1970

**BAR AND COURT ADMISSIONS**

Massachusetts
U.S. District Court for the District of
Massachusetts
U.S. Court of Appeals, First Circuit
U.S. Court of Appeals, Fourth Circuit
Various pro hac vice admissions

**PROFESSIONAL INVOLVEMENT**
- Unified Court System of the State of New York, served for many years as Senior Trainer for the Community Dispute Resolution Program
- Boston Bar Association, Member
- Massachusetts Bar Association, Member
- American Bar Association, Member

**COMMUNITY INVOLVEMENT**
- Shelter, Inc., President, Director since 1999
  - An organization that provides housing for homeless families

**HONORS**
- Subject of COMMON FIRE: LIVES OF COMMITMENT IN A COMPLEX WORLD (Beacon Press, 1996), which explores how individuals sustain a commitment to the common good
- Subject in 1999 of a film made by the United States Department of Justice that profiled, among others, a case in which she assisted the Commonwealth's United States Attorney achieve the first conviction since the Civil War of a violator of the anti-slavery amendment to the United States Constitution and won for the victim in a companion civil suit hundreds of thousands of dollars in overtime compensation

**RELATED PROFESSIONAL EXPERIENCE**
- Served from 1976 to 1988 as a faculty member of Cornell University prior to joining Foley Hoag, specializing in organizational development and dispute resolution

**RECENT SPEECHES AND CONFERENCES**
- Faculty, "Strategic Lateral Hiring," The Law Firm Lateral Partner Recruitment and Retention Summit, New York, New York, May 5-6, 2003
- Frequent speaker at employment law seminars and human resources professional associations
- Regularly conducts trainings for clients on employment law subjects

**RECENT PUBLICATIONS**
- *Don't Let Your Data Go Astray*, THE BOSTON GLOBE (November 14, 2000)
- *Defining the Job: Understanding Job Descriptions*, MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC., (1998)

**LANGUAGE SKILLS**
- Reads and translates German



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

**JEFFREY L. QUILLEN**

**FOLEY HOAG LLP**

**PARTNER**
**BUSINESS DEPARTMENT**
**155 SEAPORT BOULEVARD**
**BOSTON, MA 02210-2600**
**PHONE: 617.832.1205**
**FAX: 617.832.7000**
**E-MAIL: JQUILLEN@FOLEYHOAG.COM**

**PRACTICE AREAS**
- Venture Capital and Emerging Companies
- Mergers and Acquisitions
- Corporate Finance and Securities
- Life Sciences
- Technology Transfer and Licensing
- International

**EXPERIENCE**
- Serves as outside general counsel to a number of emerging biotechnology, software and information technology companies
- Represents venture capital funds and emerging companies in venture capital financing transactions, including private placements of convertible preferred stock and subordinated debt
- Represents buyers and sellers in mergers and acquisitions, involving public and private companies
- Assists clients in negotiating and drafting agreements regarding intellectual property rights, including patent license agreements with major research universities and collaboration agreements with pharmaceutical companies
- Assists foreign companies to acquire U.S. companies and organize international operations
- Represents borrowers and lenders in a variety of commercial lending and leasing arrangements including lines of credit, secured credit arrangements and project financings

**EDUCATION**
Colgate University, B.A., 1988
Duke University School of Law,
J.D., 1991

**BAR AND COURT ADMISSIONS**
Massachusetts
District of Columbia
Florida

**PROFESSIONAL INVOLVEMENT**
- Boston Bar Association, Member

**RECENT PUBLICATIONS**
- *Costs and Benefits of Scientific Advisory Boards*, FORUM REPORTER - THE NEWSLETTER OF THE MIT ENTERPRISE FORUM OF CAMBRIDGE (February 2004)
- *Creative Use of Milestones Can Unlock Venture Capital*, FORUM REPORTER - THE NEWSLETTER OF THE MIT ENTERPRISE FORUM OF CAMBRIDGE (February 2003)



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

**DAVID A. BROADWIN**

**FOLEY HOAG LLP**

**PARTNER**
**BUSINESS DEPARTMENT**
**155 SEAPORT BOULEVARD**
**BOSTON, MA  02210-2600**
**PHONE: 617.832.1259**
**FAX: 617.832.7000**
**E-MAIL: BROADWIN@FOLEYHOAG.COM**

**PRACTICE AREAS**
- Mergers and Acquisitions
- Corporate Finance and Securities
- Venture Capital and Emerging Companies

**EXPERIENCE**
- Representation of buyers and sellers of public and private companies as well as lenders providing financings for acquisitions
- Public offerings; private placements; PIPEs transactions; bank financings
- Venture capital financings; start-up company issues

| **EDUCATION** | **BAR AND COURT ADMISSIONS** |
|---|---|
| New York University, B.A. | Massachusetts |
| University of Chicago, M.A. | |
| Yale Law School, J.D. | |

**PROFESSIONAL INVOLVEMENT**
- Boston Bar Association, Member

**HONORS**
- Yale Law Journal, Editor

**RECENT PUBLICATIONS**
- *An Introduction To Antidilution Provisions (Part 1)*, THE PRACTICAL LAWYER (June 2004)
- DOCUMENTING AND NEGOTIATING BUSINESS ACQUISITIONS
- Editor, BUYING AND SELLING CLOSELY-HELD BUSINESSES - MCLE (1997)
- *Insider Security Sales (Part 1)*
- *Insider Security Sales (Part 2)*
- *How to Draft Letters of Intent for Business Acquisitions*
- *Ensuring Due Authorization in Corporate Transactions*
- *Going Public Revisited*
- *Accounting and Tax Considerations in Business Acquisitions*
- *Protection of Minority Stockholders*



**MICHAEL P. BOUDETT**

**FOLEY HOAG LLP**

**PARTNER**
**LITIGATION DEPARTMENT**
**155 SEAPORT BOULEVARD**
**BOSTON, MA  02210-2600**
**PHONE: 617.832.1180**
**FAX: 617.832.7000**
**E-MAIL: MBOUDETT@FOLEYHOAG.COM**

**PRACTICE AREAS**
- Intellectual Property
- Intellectual Property Litigation
- Patent Litigation
- Trademark
- Education

**AREAS OF CONCENTRATION**
- Trademark Litigation
- Trade Secret Litigation
- Non-Competition Disputes
- Employment Litigation
- General Commercial Litigation and Business Torts

**EXPERIENCE**
- Partner and Co-Deputy Coordinator of Foley Hoag's Litigation Department
- Has represented businesses as diverse as General Electric, CCBN.com, Lucent Technologies, Intertek Testing Services, U.S. Foodservice, Polaroid, and International Data Group
- Experienced in trademark, copyright, and patent infringement and Lanham Act disputes, with an emphasis on infringement suits in federal district court
    - Served as lead counsel in trademark and domain name case being litigated in federal district court in Denver and in bankruptcy court in Phoenix
    - Served as lead counsel in international trademark enforcement action brought in federal district court in Chicago
    - Serving as lead counsel in multi-party patent litigation involving machine vision technology pending
    - Regularly seeks and opposes motion for preliminary relief in intellectual property-related suits

- Extensive experience in litigating and trying cases involving non-competition agreements, non-solicitation agreements, and misappropriation of trade secrets
  - Served as co-lead counsel in <u>Intertek Testing Services NA, Inc., et al. v. Curtis Straus LLC, et al.</u>, C.A. 98-903 (Middlesex Superior Court, Massachusetts), in which he obtained a multi-million dollar jury verdict for the plaintiff corporation against a group of ex-employees
  - Recently obtained a preliminary injunction on behalf of a high-tech client which brought to a halt another corporation's "raiding" campaign
  - Has counseled numerous clients regarding how to enforce agreements against departing employees as well as hiring employees who have agreements with other companies
- General commercial litigation in state and federal courts
- Served as Special Assistant District Attorney, Norfolk County (District Court Criminal Session), May-September 1997
- Clerked for the Honorable Mark L. Wolf in federal district court in Massachusetts

## EDUCATION

Yale College, B.A., Phi Beta Kappa, *summa cum laude*, 1988
Harvard Law School, J.D., *cum laude*, 1991

## BAR AND COURT ADMISSIONS

Supreme Judicial Court of Massachusetts
U.S. District Court for the District of Massachusetts
U.S. District Court for the Eastern District of Michigan

## PROFESSIONAL INVOLVEMENT

- Foley Hoag's Litigation Department, Deputy Chair
- Formerly served as a member of the Litigation Section Steering Committee of the Boston Bar Association
- American Intellectual Property Law Association, Member
- Boston Bar Association, Member

## COMMUNITY INVOLVEMENT

- Formerly served as Co-Chair of the Pro Bono Committee of the Boston Bar Association's Litigation Section
- Represents political asylum seekers in U.S. Immigration Court

## HONORS

- Selected for 1995 Distinguished Citizen Award from the Arc Massachusetts in recognition of pro bono advocacy on behalf of persons with mental disabilities

## RECENT PUBLICATIONS

- *Trademark Infringement and Related Claims*, MASSACHUSETTS BUSINESS TORTS - MCLE (2002)
- *Domain Name Disputes: Cases Illustrate Limitations of ICANN Policy*, BOSTON BAR JOURNAL (March/April 2001)
- *The Goodwill Interest in Non-Competition Cases*, BOSTON BAR JOURNAL (September/October 1999)


**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

**ERIC P. DAMON**

**FOLEY HOAG LLP**

**ASSOCIATE**
**BUSINESS DEPARTMENT**
**155 SEAPORT BOULEVARD**
**BOSTON, MA 02210-2600**
**PHONE: 617.832.1214**
**FAX: 617.832.7000**
**E-MAIL: EDAMON@FOLEYHOAG.COM**

**PRACTICE AREAS**
- Corporate Finance and Securities
- Intellectual Property
- Technology Transfer and Licensing
- Mergers and Acquisitions
- Patent
- Trademark
- Venture Capital and Emerging Companies

**EXPERIENCE**
- Principal concentration in corporate and intellectual property matters for technology clients
- Represents technology companies in all aspects of their businesses, including formation and structure, private equity and debt financings, intellectual property licensing, sales and distribution agreements and other contractual arrangements, and other corporate matters
- Provides intellectual property counseling on a variety of matters, including patent and trademark counseling, technology transfer arrangements, licensing matters, and technical expertise in patent infringement disputes

**EDUCATION**
Tufts University, B.S. in Electrical Engineering, *magna cum laude*, 1987
University of Southern California, The Law School, J.D., 1994

**BAR AND COURT ADMISSIONS**
Federal and State Courts of California
U.S. Court of Appeals, Federal Circuit
U.S. Patent and Trademark Office (Agency

**PROFESSIONAL INVOLVEMENT**
- American Intellectual Property Law Association, Member
- American Bar Association, Member
- Intellectual Property Law Section of California State Bar, Member
- Boston Bar Association, Member

**RECENT SPEECHES AND CONFERENCES**
- *Presenter*, Massachusetts Continuing Legal Education, Drafting Commercial Documents in Massachusetts Seminar Series, Sales and Distributorship Agreements, May 2001
- *Co-Author and Co-Presenter*, "Intellectual Property Rights in U.S. Government-Funded Contracts", presented in connection with the Seminar Series on Intellectual Property and the Governmental Role sponsored by The New England Economic History Museum and the Federal Reserve Bank of Boston, January 2000

**EXHIBIT F**

## Whitham, Michele

| | |
|---|---|
| **From:** | Mark R. Bortman [markb@sportbox.com] |
| **Sent:** | Friday, July 09, 2004 2:17 PM |
| **To:** | Whitham, Michele |
| **Subject:** | RE: Foley Hoag Team |

Michele,

Can we speak Monday morning to lock a time down for next week?


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

**************************************************************************************
******************************************************************************

This email message, and any files transmitted with it, is "Confidential Information"
intended only for the person(s) to whom this email message is addressed.  If you have
received this email message in error, then please notify the sender immediately by
telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

**************************************************************************************
******************************************************************************

------

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Friday, July 09, 2004 11:51 AM
To: markb@sportbox.com
Subject: Foley Hoag Team


Attached find resumes for the team I am organizing to meet with you and your colleagues at
Sportbox.

Regards,

Michele A. Whitham, Esquire
FOLEY HOAG LLP

155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1239 telephone
(617) 832-7000 facsimile
mwhitham@foleyhoag.com

<<Michele Whitham Resume.pdf>> <<Jeffrey Quillen Resume.pdf>> <<David Broadwin
Resume.pdf>> <<Michael Boudett Resume.pdf>> <<Eric Damon Resume.pdf>>

**EXHIBIT G**

## Whitham, Michele

| | |
|---|---|
| **From:** | Whitham, Michele |
| **Sent:** | Friday, July 09, 2004 2:56 PM |
| **To:** | 'markb@sportbox.com' |
| **Subject:** | RE: Foley Hoag Team |

Mark, the two dates I suggested are for the week after next.  The coming week is very difficult, as I am out for two days (Thursday & Friday).  Did the dates I propose not work for you all?


Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

************************************************************************************
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

        -----Original Message-----
        From: Mark R. Bortman [mailto:markb@sportbox.com]
        Sent: Friday, July 09, 2004 2:17 PM
        To: Whitham, Michele
        Subject: RE: Foley Hoag Team


        Michele,

        Can we speak Monday morning to lock a time down for next week?


        Mark R. Bortman

        Sales & Marketing

        Sportbox, LLC.

        Brighton Landing East

        20 Guest Street, Suite 400

        Brighton, MA 02135

        Direct: 617-779-2433

        Cellular: 617-699-3548

        Facsimile: 617-783-1008

        ******************************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Friday, July 09, 2004 11:51 AM
To: markb@sportbox.com
Subject: Foley Hoag Team


Attached find resumes for the team I am organizing to meet with you and your colleagues at Sportbox.

Regards,

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1239 telephone
(617) 832-7000 facsimile
mwhitham@foleyhoag.com

<<Michele Whitham Resume.pdf>> <<Jeffrey Quillen Resume.pdf>> <<David Broadwin Resume.pdf>> <<Michael Boudett Resume.pdf>> <<Eric Damon Resume.pdf>>

**EXHIBIT H**

**Whitham, Michele**

| | |
|---|---|
| **From:** | Mark R. Bortman [markb@sportbox.com] |
| **Sent:** | Monday, July 12, 2004 9:51 AM |
| **To:** | Whitham, Michele |
| **Subject:** | RE: Thanks for the call |

Michele,

That is week of the DNC and to get to you will be very difficult. Do you have any other dates you are available?


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

********************************************************************************
******************************************************************

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

********************************************************************************
******************************************************************

_____

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Friday, July 09, 2004 9:06 AM
To: markb@sportbox.com
Subject: RE: Thanks for the call


Hi, Mark.  I've composed a team and have been polling them for availability.  What do the afternoons of the 19th and 21st look like for you all?  Is that soon enough for you (next week is looking jammed already)?

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

*******************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Friday, July 09, 2004 8:57 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

Thank you for the call yesterday. We look forward to meeting with you and your team.


Thank You,


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

*************************************************************************************
************************************************************************************

This email message, and any files transmitted with it, is "Confidential Information"
intended only for the person(s) to whom this email message is addressed.  If you have
received this email message in error, then please notify the sender immediately by
telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Thursday, July 08, 2004 6:25 PM
To: markb@sportbox.com
Subject: Thanks for the call


So nice to hear from you, Mark.  I'm assembling a team to meet with you; trying for as
early as next week.  In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

## Whitham, Michele

| | |
|---|---|
| **From:** | Whitham, Michele |
| **Sent:** | Monday, July 12, 2004 12:18 PM |
| **To:** | 'markb@sportbox.com' |
| **Subject:** | RE: Thanks for the call |

No, the DNC is the following week (activities begin the 26th).  I'm hoping to schedule our
meeting before that, which is why I picked those dates.  Let me know ASAP because
everyone's schedule fills in fast.


Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

**************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

        -----Original Message-----
        From: Mark R. Bortman [mailto:markb@sportbox.com]
        Sent: Monday, July 12, 2004 9:51 AM
        To: Whitham, Michele
        Subject: RE: Thanks for the call


        Michele,

        That is week of the DNC and to get to you will be very difficult. Do you have any
other dates you are available?


        Mark R. Bortman

        Sales & Marketing

        Sportbox, LLC.

        Brighton Landing East

        20 Guest Street, Suite 400

        Brighton, MA 02135

        Direct: 617-779-2433

        Cellular: 617-699-3548

        Facsimile: 617-783-1008

. *****************************************************************************
*****************************************************************************

    This email message, and any files transmitted with it, is "Confidential
Information" intended only for the person(s) to whom this email message is addressed.   If
you have received this email message in error, then please notify the sender immediately
by telephone or email and destroy the original message without making a copy.   Thank you.


    Sportbox, LLC.

    Tel: 617-779-2424

    *****************************************************************************
*****************************************************************************

        _____

        From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
    Sent: Friday, July 09, 2004 9:06 AM
    To: markb@sportbox.com
    Subject: RE: Thanks for the call


    Hi, Mark.   I've composed a team and have been polling them for availability.   What
do the afternoons of the 19th and 21st look like for you all?   Is that soon enough for you
(next week is looking jammed already)?


    Michele A. Whitham, Esquire
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA   02210
    (617) 832-1239 (direct)
    (617) 832-7000 (fax)
    mwhitham@foleyhoag.com

    *****************************************************************************
    This e-mail communication and any attachments are confidential and intended only for
the use of the designated recipients named above. This communication may be an attorney-
client communication and as such is privileged and confidential. If you are not the
intended recipient, you are hereby notified that you have received this communication in
error and that any review, disclosure, dissemination, distribution or copying of it or its
contents is prohibited. If you have received this communication in error, please notify
Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this
communication and any attachments.

        -----Original Message-----
        From: Mark R. Bortman [mailto:markb@sportbox.com]
        Sent: Friday, July 09, 2004 8:57 AM
        To: Whitham, Michele
        Subject: RE: Thanks for the call

        Michele,

        Thank you for the call yesterday. We look forward to meeting with you and your
team.


        Thank You,

Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

**********************************************************************************
**********************************************************************************
        This email message, and any files transmitted with it, is "Confidential
Information" intended only for the person(s) to whom this email message is addressed.  If
you have received this email message in error, then please notify the sender immediately
by telephone or email and destroy the original message without making a copy.  Thank you.


        Sportbox, LLC.

        Tel: 617-779-2424


**********************************************************************************
**********************************************************************************

        ____

                From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
        Sent: Thursday, July 08, 2004 6:25 PM
        To: markb@sportbox.com
        Subject: Thanks for the call


        So nice to hear from you, Mark.  I'm assembling a team to meet with you;
trying for as early as next week.  In the meantime, I look forward to learning more about
sportbox!

        Michele A. Whitham, Esquire
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA  02210
        (617) 832-1239 (direct)
        (617) 832-7000 (fax)
        mwhitham@foleyhoag.com


**********************************************************************************
        This e-mail communication and any attachments are confidential and intended
only for the use of the designated recipients named above. This communication may be an
attorney-client communication and as such is privileged and confidential. If you are not
the intended recipient, you are hereby notified that you have received this communication
in error and that any review, disclosure, dissemination, distribution or copying of it or

its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617) 832-1000 and destroy all copies of this communication and any attachments.

**Whitham, Michele**

| | |
|---|---|
| **From:** | Mark R. Bortman [markb@sportbox.com] |
| **Sent:** | Monday, July 12, 2004 12:37 PM |
| **To:** | Whitham, Michele |
| **Subject:** | RE: Thanks for the call |

Michele,

Can we do it in August? We are in a crunch period before the DNC.


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Monday, July 12, 2004 12:18 PM
To: markb@sportbox.com
Subject: RE: Thanks for the call


No, the DNC is the following week (activities begin the 26th).  I'm hoping to schedule our meeting before that, which is why I picked those dates.  Let me know ASAP because everyone's schedule fills in fast.

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

*******************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Monday, July 12, 2004 9:51 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

That is week of the DNC and to get to you will be very difficult. Do you have any other
dates you are available?


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

*******************************************************************************************
*****************************************************************************

This email message, and any files transmitted with it, is "Confidential Information"
intended only for the person(s) to whom this email message is addressed.  If you have
received this email message in error, then please notify the sender immediately by
telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

*******************************************************************************************
*****************************************************************************

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Friday, July 09, 2004 9:06 AM
To: markb@sportbox.com
Subject: RE: Thanks for the call


Hi, Mark.  I've composed a team and have been polling them for availability.  What do the
afternoons of the 19th and 21st look like for you all?  Is that soon enough for you (next
week is looking jammed already)?



Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

**********************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Friday, July 09, 2004 8:57 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

Thank you for the call yesterday. We look forward to meeting with you and your team.


Thank You,


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.

Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\_\_\_\_\_

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Thursday, July 08, 2004 6:25 PM
To: markb@sportbox.com
Subject: Thanks for the call

So nice to hear from you, Mark.  I'm assembling a team to meet with you; trying for as early as next week.  In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

**Whitham, Michele**

| | |
|---|---|
| **From:** | Whitham, Michele |
| **Sent:** | Monday, July 12, 2004 12:40 PM |
| **To:** | 'markb@sportbox.com' |
| **Subject:** | RE: Thanks for the call |

Mark, we are at your disposal.  I was just trying to pull the whole team together as
quickly as possible to be responsive to your legal needs.  If you can wait, we certainly
will accommodate your schedules.  The only uncertainty is that I don't know my team's full
vacation schedules.  So why don't you send me a few of your preferred dates and I'll work
them with my people's schedules to come up with something that works for everyone.  Just
don't go giving the work away before you speak with us!


Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

***********************************************************************************
This e-mail communication and any attachments are confidential and intended only for the
use of the designated recipients named above. This communication may be an attorney-client
communication and as such is privileged and confidential. If you are not the intended
recipient, you are hereby notified that you have received this communication in error and
that any review, disclosure, dissemination, distribution or copying of it or its contents
is prohibited. If you have received this communication in error, please notify Foley Hoag
LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication
and any attachments.

    -----Original Message-----
    From: Mark R. Bortman [mailto:markb@sportbox.com]
    Sent: Monday, July 12, 2004 12:37 PM
    To: Whitham, Michele
    Subject: RE: Thanks for the call


    Michele,

    Can we do it in August? We are in a crunch period before the DNC.


    Mark R. Bortman

    Sales & Marketing

    Sportbox, LLC.

    Brighton Landing East

    20 Guest Street, Suite 400

    Brighton, MA 02135

    Direct: 617-779-2433

    Cellular: 617-699-3548

Facsimile: 617-783-1008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____

From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Monday, July 12, 2004 12:18 PM
To: markb@sportbox.com
Subject: RE: Thanks for the call


No, the DNC is the following week (activities begin the 26th).  I'm hoping to schedule our meeting before that, which is why I picked those dates.  Let me know ASAP because everyone's schedule fills in fast.



Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Monday, July 12, 2004 9:51 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

That is week of the DNC and to get to you will be very difficult. Do you have any other dates you are available?

Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008

**************************************************************************************
**************************************************************************************

    This email message, and any files transmitted with it, is "Confidential
Information" intended only for the person(s) to whom this email message is addressed.  If
you have received this email message in error, then please notify the sender immediately
by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424


**************************************************************************************
**************************************************************************************

———

    From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Friday, July 09, 2004 9:06 AM
To: markb@sportbox.com
Subject: RE: Thanks for the call


    Hi, Mark.  I've composed a team and have been polling them for availability.
What do the afternoons of the 19th and 21st look like for you all?  Is that soon enough
for you (next week is looking jammed already)?



    Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

********************************************************************************
    This e-mail communication and any attachments are confidential and intended
only for the use of the designated recipients named above. This communication may be an
attorney-client communication and as such is privileged and confidential. If you are not

the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617) 832-1000 and destroy all copies of this communication and any attachments.

-----Original Message-----
From: Mark R. Bortman [mailto:markb@sportbox.com]
Sent: Friday, July 09, 2004 8:57 AM
To: Whitham, Michele
Subject: RE: Thanks for the call

Michele,

Thank you for the call yesterday. We look forward to meeting with you and your team.


Thank You,


Mark R. Bortman

Sales & Marketing

Sportbox, LLC.

Brighton Landing East

20 Guest Street, Suite 400

Brighton, MA 02135

Direct: 617-779-2433

Cellular: 617-699-3548

Facsimile: 617-783-1008


*********************************************************************************
*********************************************************************************

        This email message, and any files transmitted with it, is "Confidential Information" intended only for the person(s) to whom this email message is addressed.  If you have received this email message in error, then please notify the sender immediately by telephone or email and destroy the original message without making a copy.  Thank you.


Sportbox, LLC.

Tel: 617-779-2424


*********************************************************************************
*********************************************************************************

                                From: Whitham, Michele [mailto:MWhitham@Foleyhoag.com]
Sent: Thursday, July 08, 2004 6:25 PM
To: markb@sportbox.com
Subject: Thanks for the call

So nice to hear from you, Mark.  I'm assembling a team to meet with you; trying for as early as next week.  In the meantime, I look forward to learning more about sportbox!

Michele A. Whitham, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1239 (direct)
(617) 832-7000 (fax)
mwhitham@foleyhoag.com

**************************************************************************

This e-mail communication and any attachments are confidential and intended only for the use of the designated recipients named above. This communication may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify Foley Hoag LLP immediately by telephone at (617)832-1000 and destroy all copies of this communication and any attachments.

**EXHIBIT I**

## Whitham, Michele

| | |
|---|---|
| **From:** | David Hutchinson [dhutchinson@taylorganson.com] |
| **Sent:** | Wednesday, September 15, 2004 12:50 PM |
| **To:** | Whitham, Michele |
| **Cc:** | David P. Hutchinson (E-mail); Edward R. Martin |
| **Subject:** | FW: Conway Update |

Michele, as discussed, below please find the email as received by my client and forwarded to me, which appears to have been sent by you to John Conway with a copy to your client, Mark Bortman (erroneously to the sportbox account).

Regards,

David