## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


**WILLIAM V. FRABIZIO, ET AL**

      **Plaintiff,**


      **v.**                                                    **CIVIL ACTION**

                                        **NO. 04-12588-DPW**


**ELECTRONIC-SPORTS, INC ET AL**

      **Defendant,**


### ORDER OF REFERRAL TO ADR PROGRAM


**WOODLOCK, D.J.**


      **The above captioned matter is referred for mediation with the Court's ADR program.**


      **Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).**


      **The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.**


                          **By the Court,**


                          **/s/ Michelle Rynne**

**DATED: March 29, 2005**                  **Deputy Clerk**