March 24, 2005

**CONFIDENTIAL**

Dear Judge Woodlock,

My name is Annamaria Mariani and I am writing to you because I understand from my husband William Frabizio that in the case he and his company are currently involved in the defendants are trying to add my name to the suit (William Frabizio and Sportbox LLC. v. Electric-Sports Inc., John Conway, and Mark Bortman). I am very concerned about this because I have nothing to do with this suit, or the counterclaims the defendants have submitted to you and the courts.

I work full time for Harvard University as a Budget and Financial Analyst at the Medical School. I have been a full time employee in this role for four and a half years. I also worked an additional 2 years at Harvard previous to my current position in cancer research. During the years in between my two positions at Harvard University I worked at Massachusetts General Hospital in the Department of Psychiatry. I hold a Bachelor's degree in Biology/Health Care Administration and a Master's degree in Public Health. I have also worked as a Personal Trainer and Nutritional Counselor on weekends at a local health club.

I am writing to you to let you know I never held the position of Chief Financial Officer or any other formal position for Sportbox LLC at anytime. I was never named as an officer of the company in any legal documents nor did I sign any legal or binding financial documents stating I was the CFO. I also never signed and checks for the company. I do not hold any stock in the company, nor have I invested any money into the company. I have never been paid by Sportbox LLC. The company belongs to my husband and any issues the defendants have with him and Sportbox should not include me in them as I have nothing to do with their disagreements.

I also want to let you know that had I thought I was involved in this case in any way I would have requested time off of work today March 24, 2005 to be present in your court room for the scheduling hearing. I honestly never thought their attempt of attaching me to the case wouldn't be dismissed since it is completely false and inappropriate. If I felt it had any merit to it, I would have most certainly been in your court room.

I am asking you to dismiss their request to attach me to this case at this time. I am attaching my recent tax returns as documentation for 2004 for my employment and my W2 and other income document as a personal trainer at a fitness center.

I am really upset that I am being pulled into this case, I can't afford to get an attorney to get my name out of it, and honestly I don't know much about the law, I don't know if I need to get an attorney to tell you the truth which I have stated above. I am not and never was the CFO of Sportbox LLC. A CFO position as you know I am sure is a full time job, it is not even humanly possible that I would be able to work my full time job at Harvard University and be a CFO at the same time. Also, any spare time I did have last year was for me to be my own wedding planner, as my mother passed away a few years ago and it was up to me to plan the whole thing. That in

and of itself is what took up and free moment I had in 2004. I am not sure why Mr. Bortman, Mr. Conway and their representation is accusing me or trying to bring me into something that I am not a part of unless perhaps they are trying to cause me unnecessary and unwarranted stress and potential legal fees. I sincerely believe that the only goal of their tactic with bringing me in was to upset my husband further and to disrupt our newly wedded personal life (we only got married 6 months ago today, and the ironic part is that they were actually invited to the wedding!).

I really have no idea what I am supposed to do from a legal perspective. Is there anyway someone could contact me from your court room or staff to just let me know if I have to submit this in some formal way to the court or if I have to find an attorney. I am so upset by this; I just don't know what I am supposed to do which is why I am writing to you.

I am pretty sure you can't legally advise me, but I guess I am just asking that you dismiss their motion (not sure if that is what it is called) to attach me to the case based on the facts I have stated above. Also, as I noted, attached are my tax documents, which verify my employment for 2004 as an employee of Harvard University and a small amount of time as a personal trainer, if possible, I would appreciate it if they could remain confidential to you only since it really is personal information that I don't want out in the open.

Thank you so much for your time, I am sorry I am long-winded; I hope that you find there is sufficient information here. I can be reached at 617-308-1733, or my work email is annamaria_mariani@hms.harvard.edu. Please feel free to contact me or have one of your staff contact me with any questions or follow up to perhaps your decision if you deem it appropriate at this time.

Sincerely and with deepest gratitude,

*Annamaria Mariani*

Annamaria Mariani

Enclosure: copy of 2004 tax documents