UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. FRABIZIO III<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRIC-SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>    Defendants. | CIVIL ACTION No. 04-12588 DPW |
| ELECTRIC SPORTS, INC.,<br>JOHN E. CONWAY, and MARK BORTMAN<br><br>    Plaintiffs in Counterclaim,<br><br>v.<br><br>SPORTBOX LLC, WILLIAM V. FRABIZIO III,<br>and ANNA MARIANI FRABIZIO<br><br>    Defendants in Counterclaim. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that all claims and counterclaims in the above-captioned matter should be dismissed with prejudice, without attorneys' fees and without right of appeal.

- 2 -

| | |
|---|---|
| WILLIAM V. FRABIZIO III, | ELECTRIC SPORTS, INC., JOHN E. CONWAY and MARK BORTMAN, |
| /s/ William V. Frabizio III | /s/ Gabriel M. Helmer |
| William V. Frabizio III<br>Sportbox LLC<br>107 Bridge Street<br>Newton, Massachusetts  02458<br>(617) 916-1862<br><br>PLAINTIFF and<br>DEFENDANT IN COUNTERCLAIM | Michele A. Whitham  (BBO No. 553705)<br>Gabriel M. Helmer (BBO No. 652640)<br>Foley Hoag LLP<br>155 Seaport Blvd.<br>Boston, MA  02210<br>(617) 832-1000<br><br>ATTORNEYS FOR DEFENDANTS and<br>PLAINTIFFS IN COUNTERCLAIM |
| ANNA MARIANI FRABIZIO, | |
| /s/ Anna Mariani Frabizio | |
| Anna Mariani Frabizio<br>107 Bridge Street<br>Newton, Massachusetts  02458<br>(617) 916-1862<br><br>DEFENDANT IN COUNTERCLAIM | |

Dated: April 11, 2005